Dated: September 7, 2012

By:*/s/ Craig R. Kaufman*
    Robert E. Freitas (CA Bar No. 80948)
    Craig R. Kaufman (CA Bar No. 159458)
    FREITAS TSENG & KAUFMAN LLP
    100 Marine Parkway, Suite 200
    Redwood Shores, CA 94065
    Telephone:   (650) 593-6300
    Facsimile:    (650) 593-6301
    rfreitas@ftklaw.com
    ckaufman@ftklaw.com

    Richard M. Carter (TN B.P.R. #7285)
    Adam C. Simpson (TN B.P.R. #24705)
    MARTIN, TATE, MORROW & MARSTON, P.C.
    6410 Poplar Avenue, Suite 1000
    Memphis, TN 38119-4839
    Telephone:  (901) 522-9000
    Facsimile:   (901) 527-3746
    rcarter@martintate.com
    asimpson@martintate.com

    Attorneys for Plaintiff
    B.E. Technology, L.L.C.