# EXHIBIT 14

**B.E. TECHNOLOGY, LLC v. AMAZON DIGITAL SERVICES, INC**
**Case No. 2:12-cv-02767-JPM-tmp**

**U.S. District Court -- Judicial Caseload Profile**

| | | | 12-Month Periods Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | September 30 | | | | December 31 | | | |
| **TENNESSEE WESTERN** | | | 2007 | 2008 | 2009 | 2010 | 2010 | 2011 | **Numerical Standing Within** | |
| | | Filings* | 1,816 | 1,917 | 2,048 | 2,033 | 2,046 | 2,129 | | |
| **Overall Caseload Statistics** | | Terminations | 1,999 | 1,745 | 1,991 | 2,028 | 2,063 | 1,921 | **U.S.** | **Circuit** |
| | | Pending | 2,076 | 2,269 | 2,356 | 2,366 | 2,358 | 2,602 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | 4.1 | Over Last Year | 33 | 6 |
| | | | 17.2 | 11.1 | 4.0 | 4.7 | Over Earlier Years | | 25 | 3 |
| | | Number of Judgeships | 5 | 5 | 5 | 5 | 5 | 5 | | |
| | | Vacant Judgeship Months** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.8 | | |
| **Actions per Judgeship** | **Filings** | Total | 364 | 383 | 409 | 406 | 409 | 426 | 52 | 5 |
| | | Civil | 226 | 243 | 242 | 266 | 270 | 311 | 49 | 6 |
| | | Criminal Felony | 102 | 108 | 125 | 104 | 96 | 70 | 40 | 3 |
| | | Supervised Release Hearings | 36 | 32 | 42 | 36 | 43 | 45 | 17 | 1 |
| | Pending Cases | | 415 | 454 | 471 | 473 | 472 | 520 | 22 | 3 |
| | Weighted Filings** | | 410 | 424 | 442 | 439 | 443 | 433 | 49 | 6 |
| | Terminations | | 400 | 349 | 398 | 406 | 413 | 384 | 63 | 8 |
| | Trials Completed | | 49 | 42 | 39 | 42 | 43 | 35 | 8 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.8 | 13.6 | 13.5 | 12.4 | 13.0 | 15.5 | 90 | 9 |
| | | Civil** | 11.9 | 11.8 | 11.3 | 10.3 | 10.0 | 11.7 | 79 | 8 |
| | From Filing to Trial (Civil Only)** | | 23.5 | 26.4 | 28.5 | 29.0 | 29.0 | 20.8 | 25 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | 66 | 62 | 55 | 64 | 79 | 95 | 43 | 3 |
| | | | 5.2 | 4.4 | 3.9 | 4.4 | 5.3 | 5.1 | | |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.4 | 1.3 | 1.3 | 1.5 | | |
| | Jurors | Average Present for Jury Selection | 56.2 | 42.8 | 38.7 | 43.5 | 40.2 | 50.7 | | |
| | | Percent Not Selected or Challenged | 50.5 | 41.4 | 35.9 | 47.7 | 45.4 | 55.7 | | |

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,556 | 87 | 30 | 460 | 18 | 44 | 111 | 185 | 122 | 15 | 380 | - | 104 |
| Criminal* | 345 | 6 | 72 | 29 | 115 | 43 | 18 | 23 | 15 | 3 | 6 | 4 | 11 |

Click here for an explanation of the profile fields and nature of suit and offense classification.
* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
** See "Explanation of Selected Terms."

**U.S. District Court -- Judicial Caseload Profile**

| | | | | 12-Month Periods Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | September 30 | | | | December 31 | | | |
| **CALIFORNIA NORTHERN** | | | | 2007 | 2008 | 2009 | 2010 | 2010 | 2011 | **Numerical Standing Within** | |
| | | | | | | | | | | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings* | | 7,970 | 7,295 | 7,576 | 7,424 | 7,389 | 8,022 | | |
| | | Terminations | | 6,777 | 7,402 | 7,403 | 8,640 | 7,984 | 8,120 | | |
| | | Pending | | 9,005 | 8,882 | 8,579 | 7,327 | 7,310 | 7,042 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | | 8.6 | Over Last Year | 20 | 6 |
| | | | | 0.7 | 10.0 | 5.9 | 8.1 | Over Earlier Years | | 60 | 10 |
| | | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months** | | 0.0 | 5.9 | 22.0 | 33.9 | 29.1 | 17.1 | | |
| **Actions per Judgeship** | Filings | Total | | 569 | 521 | 541 | 530 | 528 | 573 | 19 | 6 |
| | | Civil | | 505 | 441 | 433 | 435 | 441 | 491 | 12 | 3 |
| | | Criminal Felony | | 33 | 42 | 64 | 52 | 49 | 51 | 63 | 11 |
| | | Supervised Release Hearings | | 31 | 38 | 44 | 43 | 38 | 31 | 33 | 10 |
| | Pending Cases | | | 643 | 634 | 613 | 523 | 522 | 503 | 25 | 4 |
| | Weighted Filings** | | | 624 | 592 | 607 | 593 | 598 | 646 | 12 | 5 |
| | Terminations | | | 484 | 529 | 529 | 617 | 570 | 580 | 17 | 5 |
| | Trials Completed | | | 8 | 6 | 6 | 12 | 13 | 19 | 55 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | | 12.4 | 11.2 | 6.9 | 8.7 | 9.3 | 9.0 | 48 | 9 |
| | | Civil** | | 6.7 | 7.7 | 9.4 | 9.8 | 8.4 | 7.6 | 21 | 4 |
| | From Filing to Trial (Civil Only)** | | | 24.9 | 30.0 | 24.5 | 21.5 | 20.3 | 35.4 | 69 | 7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | | 393 | 488 | 1,220 | 837 | 726 | 511 | 68 | 10 |
| | | | | 4.7 | 6.0 | 15.7 | 12.8 | 11.1 | 8.2 | | |
| | Average Number of Felony Defendants Filed per Case | | | 1.2 | 1.3 | 1.2 | 1.2 | 1.3 | 1.3 | | |
| | Jurors | Average Present for Jury Selection | | 53.8 | 64.1 | 77.5 | 62.1 | 60.9 | 69.9 | | |
| | | Percent Not Selected or Challenged | | 41.9 | 42.1 | 48.5 | 39.4 | 38.9 | 40.9 | | |

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6,876 | 121 | 194 | 1,474 | 33 | 500 | 829 | 826 | 291 | 528 | 859 | 71 | 1,150 |
| Criminal* | 715 | 11 | 129 | 245 | 101 | 118 | 16 | 24 | 12 | 5 | 15 | 25 | 14 |

Click here for an explanation of the profile fields and nature of suit and offense classification.
* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
** See "Explanation of Selected Terms."