**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02767-JPM-tmp |
| | ) | |
| AMAZON DIGITAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02769-JPM-tmp |
| | ) | |
| FACEBOOK, INC. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02772-JPM-dkv |
| | ) | |
| LINKEDIN CORP., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02781-JPM-cgc |
| | ) | |
| GROUPON, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02782-JPM-cgc |
| | ) | |
| PANDORA MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02783-JPM-cgc |
| | ) | |
| TWITTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02823-JPM-tmp |
| | ) | |
| BARNES & NOBLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02824-JPM-tmp |
| | ) | |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02825-JPM-tmp |
| | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02826-JPM-tmp |
| | ) | |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02827-JPM-tmp |
| | ) | |
| SONY MOBILE COMMUNICATIONS (USA) INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02828-JPM-tmp |
| | ) | |
| SONY ELECTRONICS INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02829-JPM-tmp |
| | ) | |
| MICROSOFT CORP., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02830-JPM-tmp |
| | ) | |
| GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02831-JPM-tmp |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02833-JPM-tmp |
| | ) | |
| PEOPLE MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02834-JPM-tmp |
| | ) | |
| MATCH.COM, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:12-cv-02866-JPM-tmp |
| | ) | |
| MOTOROLA MOBILITY HOLDINGS, LLC, | ) ) | |
| Defendant. | ) | |

**ORDER ADOPTING JOINT PROPOSED SCHEDULE**

On July 26, 2013, the Court held an Initial Case Management Conference in the above-captioned cases.  Present for Plaintiff B.E. Technology, LLC was Craig R. Kaufman, Daniel J. Weinberg, Richard M. Carter, and Adam Simpson.  Present for Defendant Facebook, Inc., was Orion Armon, Heather Hubbard, and Heidi Keefe.  Present for Defendant Pandora Media, Inc., was Matthew Becker, Glen Reid, Jr., and Mark Vorder-Bruegge, Jr.  Present for Barnes & Noble, Inc., was James Blackburn, Glen Reid, Jr., and Mark Vorder-Bruegge, Jr.  Present for Defendant Groupon, Inc., was Annie T. Christoff, Jeanne M. Gills, John S. Golwen, and Aaron J. Weinzierl.  Present for Defendant Microsoft Corporation was Ruffin Cordell, Leeron Kalay, and Brad Trammell.  Present for Defendant Apple, Inc., was Celine J. Crowson, Clayton James, Glen Reid, Jr., and Mark Vorder-Bruegge, Jr.  Present for Defendants Google, Inc.; and Motorola Mobility Holdings, Inc., was Ann Marie Duffy, Brian A. Rosenthal, Glen Reid, Jr., and Mark Vorder-Bruegge, Jr.  Present for Defendants Sony Computer Entertainment America, LLC; Sony Mobile Communications (USA), Inc.; and Sony Electronics, Inc., was John Flock, Glen Reid, Jr., Michael Sander, and Mark Vorder-Bruegge, Jr.  Present for Defendant People Media, Inc., and Match.com, LLC, was Sanjay K. Murthy and Jon Rose.  Present for Amazon Digital Systems, Inc., LinkedIn Corporation, and Twitter, Inc., was David Hadden, Glen Reid, Jr., and Mark Vorder-Bruegge, Jr.  Present for Defendants Samsung Telecommunications America, Inc., and Samsung Electronics America, Inc., was Jonathan E. Nelson, Richard C. Pettus, Shepherd D. Tate.

Pursuant to the Court's Order setting the Initial Case Management Conference (see, e.g., B.E. Technology, LLC v. Amazon Digital Servs., Inc., 2:12-cv-2767-JPM-tmp, ECF No. 54), the parties jointly submitted a proposed schedule amending the Local Patent Rules and setting uniform deadlines in each of the cases.  The Court hereby ADOPTS the Joint Proposed Schedule as follows:

| Event | Joint Proposed Schedule |
| --- | --- |
| **Initial Rule 26 Disclosures Not Pre-Empted by LPR's** | August 15, 2013 |
| **Patent Scheduling Conference Notices** | Already filed |
| **Initial Infringement Contentions & Production** | Already served |
| **Initial Non-Infringement Contentions & Production** | August 19, 2013 |
| **Initial Invalidity and Unenforceability Contentions** | September 17, 2013 |
| **Deadline to Amend Pleadings Without a Showing of Good Cause (Fed. R. Civ. P. 15)** | September 23, 2013 |
| **Prelim. ID of terms for construction** | September 23, 2013 |
| **Validity and Enforceability Contentions** | October 29, 2013 |
| **Final ID of terms for construction** | November 5, 2013 |
| **Exchange of Prelim. Constructions and Supporting material** | November 26, 2013 |
| **Initial Expert Reports re Claim Construction (if any)** | December 10, 2013 |
| **Rebuttal Expert Reports re Claim Construction (if any)** | December 23, 2013 |
| **Completion of Claim Construction Discovery** | January 7, 2014 |

| Event | Joint Proposed Schedule |
|---|---|
| **Exchange of Final Claim Constructions** | January 21, 2014 |
| **Opening Claim Construction Briefs** | February 18, 2014 |
| **Responsive Claim Construction Briefs** | March 27, 2014 |
| **Joint Claim Construction & Prehearing Statement** | April 3, 2014 |
| **Claim Construction Hearing** | April 28, 2014 |
| **Production of Written Advice of Counsel (if relied upon)** | 14 Days after the filing of the Court's Claim Construction Ruling ("CCCR") |
| **Final Infringement Contentions** | 35 days after filing of the CCCR |
| **Final non-infringement contentions, Invalidity Contentions, unenforceability contentions** | 70 days after filing of the CCCR |
| **Final Validity and Enforceability Contentions** | 95 days after the filing of the CCCR |
| **Close of Fact Discovery** | 120 Days after the filing of the CCCR |
| **Status Conference** | 120 Days after the filing of the CCCR |
| **Initial Expert Witness Disclosures** | 150 Days after the filing of the CCCR |
| **Rebuttal Expert Witness Disclosures** | 30 Days after Initial Expert Witness Disclosures |
| **Completion of Depositions of Experts (Close of Expert Discovery)** | 60 days after rebuttal expert witness disclosures |

Absent a showing of good cause, the aforementioned dates will not be modified or extended.

Having adopted the parties' Joint Proposed Schedule, the Court finds as MOOT the following pending Motions:

B.E. Technology, LLC v. Facebook, Inc., 12-cv-2769-JPM-tmp, ECF No. 59;

B.E. Technology, LLC v. Groupon, Inc., 12-cv-2781-JPM-cgc, ECF No. 41;

B.E. Technology, LLC v. Pandora Media, Inc., 12-cv-2782-JPM-cgc, ECF No. 40

B.E. Technology, LLC v. Barnes & Noble, Inc., 12-cv-2823-JPM-tmp, ECF No.49

B.E. Technology, LLC v. Sony Computer Entertainment America, LLC, 12-cv-2826-JPM-tmp, ECF No. 41;

B.E. Technology, LLC v. Sony Mobile Communications (USA), Inc., 12-cv-2827-JPM-tmp, ECF No. 45;

B.E. Technology, LLC v. Sony Electronics, Inc., 12-cv-2828-JPM-tmp, ECF No. 40;

B.E. Technology, LLC v. Microsoft Corporation, 12-cv-2829-JPM-tmp, ECF No. 54;

B.E. Technology, LLC v. Google Inc., 12-cv-2830-JPM-tmp, ECF No. 47;

B.E. Technology, LLC v. Apple Inc., 12-cv-2831-JPM-tmp, ECF No. 46;

B.E. Technology, LLC v. People Media, Inc., 12-cv-2833-JPM-tmp, ECF No. 49;

B.E. Technology, LLC v. Match.com, LLC, 12-cv-2834-JPM-tmp, ECF No. 46; and

B.E. Technology, LLC v. Motorola Mobility Holdings, LLC, 12-cv-2866, ECF No. 47.

**IT IS SO ORDERED**, this 30th day of July, 2013.

/s/ Jon P. McCalla
CHIEF JUDGE, U.S. DISTRICT COURT