## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-02767-JPM-tmp |
| | ) | |
| AMAZON DIGITAL SERVICES, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-02769-JPM-tmp |
| | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-02772-JPM-tmp |
| | ) | |
| LINKEDIN CORP., | ) | |
| | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-02781-JPM-tmp |
| | ) | |
| GROUPON, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-02782-JPM-tmp |
| | ) | |
| PANDORA MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:12-cv-02783-JPM-tmp |
| TWITTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-02823-JPM-tmp |
| | ) | |
| BARNES & NOBLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| B.E. TECHNOLOGY, LLC, )<br>    )<br>    Plaintiff, )<br>    )<br>v.  )<br>    )<br>SAMSUNG TELECOMMUNICATIONS )<br>AMERICA, LLC, )<br>    )<br>    Defendant. ) | No. 2:12-cv-02824-JPM-tmp |
| B.E. TECHNOLOGY, LLC, )<br>    )<br>    Plaintiff, )<br>    )<br>v.  )<br>    )<br>SAMSUNG ELECTRONICS AMERICA, )<br>INC., )<br>    )<br>    Defendant. ) | No. 2:12-cv-02825-JPM-tmp |
| B.E. TECHNOLOGY, LLC, )<br>    )<br>    Plaintiff, )<br>    )<br>v.  )<br>    )<br>SONY COMPUTER ENTERTAINMENT )<br>AMERICA LLC, )<br>    )<br>    Defendant. ) | No. 2:12-cv-02826-JPM-tmp |

3

| | |
|---|---|
| B.E. TECHNOLOGY, LLC,       )<br>                            )<br>     Plaintiff,            )<br>                            )<br>v.                          )<br>                            )<br>SONY MOBILE COMMUNICATIONS  )<br>(USA) INC.,                 )<br>                            )<br>     Defendant.            ) | No. 2:12-cv-02827-JPM-tmp |
| B.E. TECHNOLOGY, LLC,       )<br>                            )<br>     Plaintiff,            )<br>                            )<br>v.                          )<br>                            )<br>SONY ELECTRONICS INC.,      )<br>                            )<br>     Defendant.            ) | No. 2:12-cv-02828-JPM-tmp |
| B.E. TECHNOLOGY, LLC,       )<br>                            )<br>     Plaintiff,            )<br>                            )<br>v.                          )<br>                            )<br>MICROSOFT CORP.,            )<br>                            )<br>     Defendant.            ) | No. 2:12-cv-02829-JPM-tmp |
| B.E. TECHNOLOGY, LLC,       )<br>                            )<br>     Plaintiff,            )<br>                            )<br>v.                          )<br>                            )<br>GOOGLE INC.,                )<br>                            )<br>     Defendant.            ) | No. 2:12-cv-02830-JPM-tmp |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-02831-JPM-tmp |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-02833-JPM-tmp |
| | ) | |
| PEOPLE MEDIA, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-02834-JPM-tmp |
| | ) | |
| MATCH.COM, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| B.E. TECHNOLOGY, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-02866-JPM-tmp |
| | ) | |
| MOTOROLA MOBILITY HOLDINGS, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

Pursuant to this Court's Order Granting Motions to Stay filed on December 6, 2013, all pending motions in the related cases are DISMISSED WITHOUT PREJUDICE pending the petitions for Inter Partes Review ("IPR") by the Patent and Trademark Office. The parties may re-file the motions following the results of the pending petitions for IPR.

**IT IS SO ORDERED** this 9th day of December, 2013.

/s/ Jon P. McCalla_____
JON P. McCALLA
U.S. DISTRICT COURT JUDGE