# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **B.E. TECHNOLOGY, L.L.C.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**AMAZON DIGITAL SERVICES, INC.** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 12-cv-02767 – JPM-tmp** |
| **B.E. TECHNOLOGY, L.L.C.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FACEBOOK, INC.** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 12-cv-02769 – JPM-tmp** |
| **B.E. TECHNOLOGY, L.L.C.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**LINKEDIN CORP.,** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 12-cv-02772 – JPM-tmp** |
| **B.E. TECHNOLOGY, L.L.C.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GROUPON, INC.,** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 12-cv-02781 – JPM-tmp** |

| | |
|---|---|
| **B.E. TECHNOLOGY, L.L.C.,**           ) | |
| ) | |
| **Plaintiff,**         ) | **Civil Action No. 12-cv-02782 – JPM-tmp** |
| ) | |
| v.                                     ) | |
| ) | |
| **PANDORA MEDIA, INC.,**               ) | |
| ) | |
| **Defendant.**         ) | |
| ) | |

| | |
|---|---|
| **B.E. TECHNOLOGY, L.L.C.,**           ) | |
| ) | |
| **Plaintiff,**         ) | **Civil Action No. 12-cv-02783 – JPM-tmp** |
| ) | |
| v.                                     ) | |
| ) | |
| **TWITTER, INC.,**                     ) | |
| ) | |
| **Defendant.**         ) | |
| ) | |

| | |
|---|---|
| **B.E. TECHNOLOGY, L.L.C.,**           ) | |
| ) | |
| **Plaintiff,**         ) | **Civil Action No. 12-cv-02823 – JPM-tmp** |
| ) | |
| v.                                     ) | |
| ) | |
| **BARNES & NOBLE, INC.,**              ) | |
| ) | |
| **Defendant.**         ) | |
| ) | |

| | |
|---|---|
| **B.E. TECHNOLOGY, L.L.C.,**           ) | |
| ) | |
| **Plaintiff,**         ) | **Civil Action No. 12-cv-02824 – JPM-tmp** |
| ) | |
| v.                                     ) | |
| ) | |
| **SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,** ) | |
| ) | |
| **Defendant.**         ) | |
| ) | |

| | | |
|---|---|---|
| **B.E. TECHNOLOGY, L.L.C.,**           Plaintiff,      v.  **SAMSUNG ELECTRONICS AMERICA, INC.,**           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 12-cv-02825 – JPM-tmp** |
| **B.E. TECHNOLOGY, L.L.C.,**           Plaintiff,      v.  **SONY COMPUTER ENTERTAINMENT AMERICA LLC,**           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 12-cv-02826 – JPM-tmp** |
| **B.E. TECHNOLOGY, L.L.C.,**           Plaintiff,      v.  **SONY MOBILE COMMUNICATIONS (USA) INC.,**           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 12-cv-02827 – JPM-tmp** |
| **B.E. TECHNOLOGY, L.L.C.,**           Plaintiff,      v.  **SONY ELECTRONICS INC.,**           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 12-cv-02828 – JPM-tmp** |

3

| | |
|---|---|
| **B.E. TECHNOLOGY, L.L.C.,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**MICROSOFT CORP.,**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 12-cv-02829 – JPM-tmp** |
| **B.E. TECHNOLOGY, L.L.C.,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**GOOGLE INC.**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 12-cv-02830 – JPM-tmp** |
| **B.E. TECHNOLOGY, L.L.C.,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**APPLE INC.,**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 12-cv-02831 – JPM-tmp** |
| **B.E. TECHNOLOGY, L.L.C.,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**PEOPLE MEDIA, INC.**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 12-cv-02833 – JPM-tmp** |

| | |
|---|---|
| **B.E. TECHNOLOGY, L.L.C.,**          )<br>                                                           )<br>          **Plaintiff,**                        )<br>                                                           )<br>     **v.**                                            )<br>                                                           )<br>**MATCH.COM, LLC,**                   )<br>                                                           )<br>          **Defendant.**                    )<br>                                                           )<br>                                                           ) | **Civil Action No. 12-cv-02834 – JPM-tmp** |
| **B.E. TECHNOLOGY, L.L.C.,**          )<br>                                                           )<br>          **Plaintiff,**                        )<br>                                                           )<br>     **v.**                                            )<br>                                                           )<br>**MOTOROLA MOBILITY**           )<br>**HOLDINGS LLC,**                         )<br>                                                           )<br>          **Defendant.**                    )<br>                                                           ) | **Civil Action No. 12-cv-02866 – JPM-tmp** |

## JOINT NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW

Pursuant to the Order granting Defendants' Motions to Stay (D.I. 71], entered December 6, 2013, the parties jointly file this Notice of the PTO's decision on April 9, 2014 to grant the petitions for *inter partes* review ("IPR"). For efficiency, the decisions instituting each IPR are attached as exhibits to the filing of this Notice (D.I. 76) in B.E. Technology, L.L.C. v. Facebook, Inc., Civil Action No. 12-cv-02769. For the Court's convenience, the chart below identifies each IPR by number, the associated exhibit number for the decision, the patent associated with the IPR, which patent claims are subject to the notice of institution in each IPR, and the party that filed the IPR.

| IPR Number | Exhibit # in Case No. 12-cv-02769, ECF No. 76 | Patent | Claims | Filer |
|---|---|---|---|---|
| IPR2014-00029 | Exhibit A | 6,771,290 | 2 – 3 | Sony Mobile Communications (USA) Inc. |
| IPR2014-00031 | Exhibit B | 6,771,290 | 2 – 3 | Google Inc. |
| IPR2014-00033 | Exhibit C | 6,771,290 | 2 – 3 | Google Inc. |
| IPR2014-00038 | Exhibit D | 6,628,314 | 11 – 13, 15, 18, 20 | Google Inc. |
| IPR2014-00039 | Exhibit E | 6,628,314 | 11 – 22 | Microsoft Corp. |
| IPR2014-00040 | Exhibit F | 6,771,290 | 1 – 3 | Microsoft Corp. |
| IPR2014-00044 | Exhibit G | 6,771,290 | 2 – 3 | Samsung Electronics America, Inc. |
| IPR2014-00052 | Exhibit H | 6,628,314 | 11 – 13, 15, 18, 20 | Facebook, Inc. |
| IPR2014-00053 | Exhibit I | 6,628,314 | 11 – 13, 15, 18, 20 | Facebook, Inc. |

Dated:  April 15, 2014               Respectfully submitted:

*/s/* Robert E. Freitas (per Consent MVB)
Robert E. Freitas (CA Bar No. 80948)
Daniel J. Weinberg (CA Bar No. 227159)
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
rfreitas@ftklaw.com
dweinberg@ftklaw.com

Richard M. Carter (TN B.P.R. #7285)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4839
Telephone: (901) 522-9000
Facsimile: (901) 527-3746
rcarter@martintate.com

***Counsel for Plaintiff B.E. Technology, L.L.C.***

6

>*/s/* Mark Vorder-Bruegge, Jr.
>Mark Vorder-Bruegge, Jr.
>WYATT, TARRANT & COMBS, LLP
>1715 Aaron Brenner Dr., Ste. 800
>Memphis, TN 38120
>Direct phone:  901-537-1069
>Fax:  901-537-1010
>mvorder-bruegge@wyattfirm.com
>
>*Local Counsel for Defendant*

## CERTIFICATE OF CONSULTATION

Consultation among all parties in the above-captioned actions was conducted and resulted in all parties' agreement to file this notice jointly.

>Respectfully submitted:
>
>*/s/* Mark Vorder-Bruegge, Jr.
>Mark Vorder-Bruegge, Jr.
>Local Counsel for Defendant

## CERTIFICATE OF SERVICE

The foregoing notice having been filed via the Court's CM/ECF system, a copy is being automatically served upon all counsel of record for both parties in each of the above-captioned actions.

>*/s/* Mark Vorder-Bruegge, Jr.
>Mark Vorder-Bruegge, Jr.
>Local Counsel for Defendant

61154557.1