UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C.,           )<br>                                                      )<br>            Plaintiff,                            )<br>                                                      )<br>      v.                                           )<br>                                                      )<br>AMAZON DIGITAL SERVICES, INC.   )<br>                                                      )<br>            Defendant.                        )<br>                                                      ) | Civil Action No. 12-cv-02767 – JPM-tmp |
| B.E. TECHNOLOGY, L.L.C.,           )<br>                                                      )<br>            Plaintiff,                            )<br>                                                      )<br>      v.                                           )<br>                                                      )<br>FACEBOOK, INC.                          )<br>                                                      )<br>            Defendant.                        )<br>                                                      ) | Civil Action No. 12-cv-02769 – JPM-tmp |
| B.E. TECHNOLOGY, L.L.C.,           )<br>                                                      )<br>            Plaintiff,                            )<br>                                                      )<br>      v.                                           )<br>                                                      )<br>LINKEDIN CORP.,                         )<br>                                                      )<br>            Defendant.                        )<br>                                                      ) | Civil Action No. 12-cv-02772 – JPM-tmp |
| B.E. TECHNOLOGY, L.L.C.,           )<br>                                                      )<br>            Plaintiff,                            )<br>                                                      )<br>      v.                                           )<br>                                                      )<br>GROUPON, INC.,                          )<br>                                                      )<br>            Defendant.                        )<br>                                                      ) | Civil Action No. 12-cv-02781 – JPM-tmp |

1

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C.,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )<br>PANDORA MEDIA, INC.,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 12-cv-02782 – JPM-tmp |
| B.E. TECHNOLOGY, L.L.C.,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )<br>TWITTER, INC.,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 12-cv-02783 – JPM-tmp |
| B.E. TECHNOLOGY, L.L.C.,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )<br>BARNES & NOBLE, INC.,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 12-cv-02823 – JPM-tmp |
| B.E. TECHNOLOGY, L.L.C.,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )<br>SAMSUNG TELECOMMUNICATIONS  )<br>AMERICA, LLC,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 12-cv-02824 – JPM-tmp |

Case 2:12-cv-02767-JPM-tmp   Document 78   Filed 04/15/15   Page 2 of 8   PageID 901

| | | |
|---|---|---|
| B.E. TECHNOLOGY, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 12-cv-02825 – JPM-tmp |
| v. | ) ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) | |
| Defendant. | ) | |
| B.E. TECHNOLOGY, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 12-cv-02826 – JPM-tmp |
| v. | ) ) | |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, | ) ) ) | |
| Defendant. | ) ) | |
| B.E. TECHNOLOGY, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 12-cv-02827 – JPM-tmp |
| v. | ) ) | |
| SONY MOBILE COMMUNICATIONS (USA) INC., | ) ) ) | |
| Defendant. | ) ) | |
| B.E. TECHNOLOGY, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 12-cv-02828 – JPM-tmp |
| v. | ) ) | |
| SONY ELECTRONICS INC., | ) ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C.,        )<br>                                             )<br>         Plaintiff,                         )<br>                                             )<br>   v.                                        )<br>                                             )<br>MICROSOFT CORP.,                 )<br>                                             )<br>         Defendant.                     )<br>                                             )<br>                                             ) | Civil Action No. 12-cv-02829 – JPM-tmp |
| B.E. TECHNOLOGY, L.L.C.,        )<br>                                             )<br>         Plaintiff,                         )<br>                                             )<br>   v.                                        )<br>                                             )<br>GOOGLE INC.                           )<br>                                             )<br>         Defendant.                     )<br>                                             )<br>                                             ) | Civil Action No. 12-cv-02830 – JPM-tmp |
| B.E. TECHNOLOGY, L.L.C.,        )<br>                                             )<br>         Plaintiff,                         )<br>                                             )<br>   v.                                        )<br>                                             )<br>APPLE INC.,                             )<br>                                             )<br>         Defendant.                     )<br>                                             )<br>                                             ) | Civil Action No. 12-cv-02831 – JPM-tmp |
| B.E. TECHNOLOGY, L.L.C.,        )<br>                                             )<br>         Plaintiff,                         )<br>                                             )<br>   v.                                        )<br>                                             )<br>PEOPLE MEDIA, INC.              )<br>                                             )<br>         Defendant.                     )<br>                                             )<br>                                             ) | Civil Action No. 12-cv-02833 – JPM-tmp |

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C.,<br><br>        Plaintiff,<br><br>v.<br><br>MATCH.COM, LLC,<br><br>        Defendant. | Civil Action No. 12-cv-02834 – JPM-tmp |
| B.E. TECHNOLOGY, L.L.C.,<br><br>        Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY HOLDINGS LLC,<br><br>        Defendant. | Civil Action No. 12-cv-02866 – JPM-tmp |

## JOINT INTERIM STATUS NOTICE REGARDING *INTER PARTES* REVIEWS

Consistent with the *Order Granting Motions to Stay* entered in these related patent infringement actions on December 6, 2013,[1] the parties are filing this Notice to apprise the Court that over the past seven days, the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office has entered written decisions in the eleven *inter partes* reviews

---

[1] The *Order Granting Motions to Stay* bears differing ECF Numbers among the eighteen related cases. It is ECF No. 71 in the first listed case, *B.E. Technology, LLC v. Amazon Digital Services, Inc.,* No. 2:12-cv-02767-JPM-tmp.

initiated by seven of the defendants during 2014,[2] finding that every claim of U.S. Patent Numbers 6,771,290 and 6,628,314 asserted against any of the eighteen defendants in these actions is unpatentable.

The parties will keep the Court informed of material developments, and in the interim are not requesting that the stay in any action be lifted or that the Court take other action until the plaintiff decides whether to appeal one or more of the PTAB decisions.

Respectfully submitted:

*/s/* Robert E. Freitas (PER CONSENT MVB)
Robert E. Freitas (CA Bar No. 80948)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
rfreitas@fawlaw.com

Richard M. Carter (TN B.P.R. #7285)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4839
Telephone: (901) 522-9000
Facsimile: (901) 527-3746
rcarter@martintate.com

***Counsel for Plaintiff B.E. Technology, L.L.C.***

---

[2] / The subject *inter partes* review proceedings are identified by IPR Number, Patent, Claims, and Filer in notices previously filed with the Court, one counterpart of which is ECF No. 75 in Case No. 2:12-cv-02767-JPM-tmp.

Respectfully submitted:

*/s/*Mark Vorder-Bruegge, Jr. (#06389)
Mark Vorder-Bruegge, Jr.
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Telephone: (901) 537-1000
Facsimile: (901) 537-1010
mvorder-bruegge@wyattfirm.com

J. David Hadden
dhadden@fenwick.com
Darren E. Donnelly
ddonnelly@fenwick.com
Saina S. Shamilov
sshamilov@fenwick.com
Ryan J. Marton
rmarton@fenwick.com
Leslie Kramer
lkramer@fenwick.com
Melissa H. Keyes
mkeyes@fenwick.com
Clifford C. Webb
cwebb@fenwick.com
Justin G. Hulse
jhulse@fenwick.com
FENWICK & WEST LLP
801 California Street, 6th Floor
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

***Counsel for Defendant Amazon Digital Services, Inc.***

## CERTIFICATE OF SERVICE

The foregoing notice having been filed via the Court's CM/ECF system, a copy is being automatically served upon all counsel of record for both parties in each of the above-captioned actions.

*/s/* Mark Vorder-Bruegge, Jr.
Mark Vorder-Bruegge, Jr.
