**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| B.E. TECHNOLOGY, L.L.C., )<br><br>Plaintiff, )<br><br>v. )<br><br>AMAZON DIGITAL SERVICES, INC., )<br><br>Defendant. ) | No. 2:12-cv-02767-JPM-tmp |

## ORDER TO SHOW CAUSE

It having come to the Court's attention that the patent claims asserted in this action have been cancelled, the parties are hereby ORDERED to show cause why the instant claims and action should not be dismissed as moot. The parties' responses are due within seven (7) days of the entry of this order. If the parties fail to respond within that period of time, the Court will consider their silence to indicate a lack of objection to the Court's *sua sponte* dismissal of this action as moot.

**SO ORDERED**, this 19th day of January, 2018.

 /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE