# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| B.E. TECHNOLOGY, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMAZON DIGITAL SERVICES, INC., ) <br> ) <br> Defendant. ) | No. 12-cv-02767-JPM-tmp |

## ORDER LIFTING STAY AND ORDER FOR TELEPHONIC STATUS CONFERENCE

On January 19, 2018, the Court entered an order for the parties to show cause why the claims should not be dismissed for a failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  (ECF No. 82.)  The parties filed their responses on January 26, 2018.  (ECF Nos. 83-84.)  The Court has considered the responses and finds that the *inter partes* review of United States Patent 6,771,290 that supported the stay (ECF No. 71) has been resolved.  Accordingly, the stay is hereby LIFTED.  The parties are ORDERED to appear for a telephonic status conference to be held at a date and time set in a letter to follow.

**SO ORDERED**, this 3rd day of August, 2018.

      /s/ Jon P. McCalla  
      JON P. McCALLA  
      UNITED STATES DISTRICT JUDGE