UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Thomas M. Gould, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U.S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee  38301*
*(901) 495-1200*  *(731) 421-9200*

NOTICE OF SETTING
Before Judge Jon Phipps McCalla, United States District Judge

August 6, 2018

RE:    **2:12-cv-02767-JPM**
       **B.E. Technology, L.L.C. v. Amazon Digital Services, Inc.**

Dear Sir/Madam:

A **TELEPHONIC STATUS CONFERNCE** has been **SET** before **Judge Jon Phipps McCalla** for **FRIDAY, SEPTEMBER 7, 2018 at 10:00 A.M. (CDT).**

**Counsel for the Plaintiff shall initiate the conference call prior to dialing Judge McCalla's chambers at 901-495-1291.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:    *s/Jeffrey Sample*,
       Case Manager to Judge Jon Phipps McCalla
       901-495-1243
       jeffrey_sample@tnwd.uscourts.gov