# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |
|---|---|
| B.E. TECHNOLOGY, L.L.C., ) | |
| ) | Civil Action No. 2:12-cv-02767 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Jon Phipps McCalla |
| ) | |
| AMAZON DIGITAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FIRM NAME CHANGE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm of Freitas Angell & Weinberg LLP has changed its firm name to Freitas & Weinberg LLP. The firm's address, telephone number and facsimile number will remain the same.

Dated: August 15, 2018

Respectfully submitted,

*/s/Robert E. Freitas*
Robert E. Freitas (CA Bar No. 80948)
Daniel J. Weinberg (CA Bar No. 227159)
FREITAS & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
rfreitas@fawlaw.com
dweinberg@fawlaw.com

Richard M. Carter (TN B.P.R. #7285)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4839

Telephone:  (901) 522-9000
Facsimile:   (901) 527-3746
rcarter@martintate.com

Attorneys for Plaintiff
B.E. Technology, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, a true and correct copy of the foregoing was electronically filed with the United States District Court for the Western District of Tennessee and was served on all counsel by the Court's electronic filing notification or via email.

*/s/Robert E. Freitas*
Robert E. Freitas