# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| B.E. TECHONOLOGY, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:12-cv-2767-JPM-tmp |
| v. ) | |
| ) | |
| AMAZON DIGITAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S TWO UNOPPOSED MOTIONS TO WITHDRAW FROM REPRESENTATION

Before the Court are B.E. Technology's two Motions to Withdraw from Representation filed on August 16, 2018 (ECF No. 88) and August 24, 2018.  (ECF No. 90.)  Local counsel Martin Tate asserted that the firm has irresolvable differences between B.E. Technology.  (EFC No. 90 at PageID 957.)  Freitas & Weinberg LLP have asserted that irresoluble differences have developed between themselves and B.E. Technology.  (ECF No. 88 at PageID 947.)  Both Motions to Withdraw from Representation are GRANTED.

B.E. Technology shall have 28 days from the day of this order to obtain new counsel and have them file appearances.  If after 28 days lapse B.E. Technology does not have new counsel, Defendant Amazon Digital may move for dismissal under Fed. R. Civ. P. 41(b).  In accordance with this order the Telephonic Scheduling Conference set for September 7, 2018 at 10 a.m. shall be cancelled to be rescheduled after Plaintiff obtains new counsel.

**IT IS SO ORDERED**, this 30th day of August, 2018.

2

                                                    /s/ Jon P. McCalla
                                                  JON P. McCALLA
                                                  UNITED STATES DISTRICT JUDGE