**CERTIFIED MAIL**

7013 0600 0000 0597 8613

$6.67 US POSTAGE FIRST-CLASS
062S0243534940
38119

6000 Poplar Ave
Suite 250
Memphis, TN 38119

Hon. Jon Phipps McCalla
United States District Court
Western District of Tennessee
Chambers Room 1157, Courtroom 1
Clifford Davis and Odell Horton Federal building
167 North Main Street
Memphis, TN 38103

38103-183682

SEP 27 2018

RECEIVED SEP 27 2018