**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| B.E. TECHONOLOGY, LLC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 2:12-cv-2767-JPM-tmp |
| v. | ) | |
| | ) | |
| AMAZON DIGITAL SERVICES, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER OF DISMISSAL**

Before the Court is Defendant's Response to a letter from Martin David Hoyle, President/CEO of B.E. Technology, LLC filed October 11, 2018.  (ECF No. 96.)  Defendant asks the Court to dismiss all claims in the case under Fed. R. Civ. P. 41(b).  Plaintiff has been without counsel since August 30, 2018 when the Court granted two Motions to Withdraw as Attorneys.  (ECF No. 92.)  In that order, Plaintiff had 28 days to obtain new counsel.  (Id.) Defendant was allowed to move for dismissal under Fed R. Civ. P. 41(b) if, after 28 days, Plaintiff did not obtain new counsel.  (Id.)  Mr. Hoyle's letter asks the Court to dismiss the case without prejudice.  (ECF No. 95.)  A dismissal under Rule 41(b) operates as an adjudication on the merits.  (Fed. R. Civ. P. 41(b).)  This case is, therefore, DISMISSED WITH PREJUDICE.

    **IT IS SO ORDERED**, this 15th day of October, 2018.

                                 /s/ Jon P. McCalla
                                   JON P. McCALLA
                                   UNITED STATES DISTRICT JUDGE