# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| B.E. TECHONOLOGY, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMAZON DIGITAL SERVICES, INC., ) <br> ) <br> Defendant. ) | Case No. 2:12-cv-2767-JPM-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Response to a letter from Martin David Hoyle, President/CEO of B.E. Technology, LLC filed October 11, 2018 (ECF No. 96.), and the Court having entered an Order of Dismissal (ECF No. 97),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

October 15, 2018
Date